UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Anthony Anderson

_____

Write the full name of each plaintiff.

-against-

The City of New York
, Eric Adams

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

25 CV 6679

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒    Federal Question

☐    Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The Fourteenth Amendment - No state shall deprive any person of life, liberty, or property without due process of law.
The First Amendment - To due process of grievances

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
             (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Eric Adams_____, is a citizen of the State of
(Defendant's name)

__New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __City of New York__, is incorporated under the laws of

the State of __New York_____

and has its principal place of business in the State of __New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __New York City_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Merk_____ __A_____ __Anderson_____
First Name                Middle Initial        Last Name

~~12222~~ ~~[illegible]~~ ~~[illegible]~~ 3046 La Salle Ave BSMT APT
Street Address  The Bronx

~~[illegible]~~ ~~[illegible]~~        New York        ~~[illegible]~~ 10461
County, City                            State                Zip Code

__N/A_____        thecovertlibertarian@tutamail.com
Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

New York City
First Name                    Last Name

Current Job Title (or other identifying information) Broadway

250 Broadway Ave
Current Work Address (or other address where defendant may be served)

New York New York          10007
County, City               State               Zip Code

Defendant 2:

Eric                        Adams
First Name                  Last Name

Mayor
Current Job Title (or other identifying information)

250 Broadway Avenue
Current Work Address (or other address where defendant may be served)

New York          New York          10007
County, City      State             Zip Code

Defendant 3:

First Name                  Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State               Zip Code

Defendant 4: _____

First Name          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 1322 Bedford Ave, Brooklyn, NY 11216

Date(s) of occurrence: Tuesday June 1st 2025

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The morning leaving the shelter, I slipped and fell 2 down 2 flights of stairs and badly injured my ankle. There was no wet floor signs to worn of cleaning. I filed a grievence with "Ms. Terno" and asked for a copy of the disposition and decisen. I waited a number of days for a respense, I never recieved one. I am currently in the Atlantic Armory Shelter. I have multiple disabilites and have been ruled by the SSA as fully disabled, because of mental ilness. I need reasonable accomedatin in understanding I have to argue my case to a judge. I have no mental capeity for complicated procedures.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My ankle is badly twisted and in immense pain.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$75,000 and $150,000 for emotional distress and lost wages

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature *Anderson* |
| *Mark* First Name | *A* Middle Initial | *Anderson* Last Name |
| *3046 La Salle Ave BSMT Apt* Street Address | |
| *The Bronx* County, City | *NY* State | *10461* Zip Code |
| Telephone Number | *thecovertlibertarian@ficturian* Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

RECEIVED

25 AUG 11 PM 4: 28

U.S. COURT OF APPEALS
SECOND CIRCUIT

**United States District Court**
**Southern District of New York**

# FILING A COMPLAINT

This guide is intended to be a summary of basic procedures for filing a complaint. The statements in this guide do not constitute legal advice and may not be cited as legal authority. This guide does not take the place of the Federal Rules of Civil Procedure, this court's Local Civil Rules, or the individual rules of practice and orders of the judges of this court. Parties using this guide remain responsible for complying with all applicable rules of procedure.

## Completing a Complaint

- **Caption.** The caption is in the top left corner on the first page of the complaint. You, as the person filing the complaint, are the plaintiff. The people or entities you allege are responsible for your injuries should be named as the defendants. You should give the full name of each defendant, even if that defendant is a government agency, an organization, or a corporation. You should state the first and last name of individual defendants, and include each defendant's badge number, if appropriate.

- **Doe Defendants.** If you do not know the name of a defendant, you should name him or her as "John Doe" or "Jane Doe" and include some descriptive information about that defendant. For example, "John Doe Doctor who worked at 4 p.m. at Manhattan Hospital on January 1, 2023."

- **Jury Trial.** You should state on the first page of the complaint whether you want a jury trial by checking either "yes" or "no" in the top right corner of the first page of the complaint. You can also demand a jury trial within 14 days of service of the answer. If you do not request a jury trial, but later decide that you want one, you may request a jury trial by filing a motion and explaining why you did not ask for one earlier. The judge does not have to grant this motion.

- **Form.** The form can be typed or handwritten, and it must be legible. If you need more space to answer a question, use separate sheets of 8½ x 11-inch paper and attach them to your complaint. You must provide the facts of your case but need not

PRO SE INTAKE WINDOW LOCATIONS:
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

MAILING ADDRESS:
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

Rev. 11/30/2023



include legal arguments or references to cases. The complaint must contain an original signature from each plaintiff, unless you are filing your complaint by email (see below). Photocopies of your signature cannot be accepted. The complaint does not need to be notarized.

- **Contents.** The complaint must include facts satisfying the Five Ws: (1) **who** violated your rights, (2) **what** happened, (3) **where** did the events occur, (4) **when** did the events occur, and (5) **why** did the events occur.

- **Language.** All papers must be submitted in English. All court proceedings will be held in English and the Court does not provide an interpreter service for civil cases. If needed, you may ask a friend or relative to prepare your case papers.

- **Copies.** Submit the original complaint to the Pro Se Intake Unit. Please keep a copy for your records.

## Filing a Complaint

**The following three methods may be used to file a complaint:**

- **In person.** You may bring the original complaint to the Pro Se Intake Unit at Room 105, 40 Foley Square, New York, NY 10007, or 300 Quarropas Street, White Plains, NY 10601.

- **By regular mail.** You may submit the complaint by regular mail to the Pro Se Intake Unit at Room 120, 500 Pearl Street, New York, NY 10007.

- **By Email.** You may email your complaint to <u>Pro_Se_Filing@nysd.uscourts.gov</u>. The complaint must include your name, address, telephone number and email address (if available). The subject line of your email must read, "Pro Se Filing – New Case." If you plan to pay the filing fees, add to the subject line, "Pro Se Filing – New Case – Fee Paid."

  o **Signature.** You must sign your document by either signing the document before you scan it or typing "/s/ [Your Name]" **on the signature line that states,** "Plaintiff's Signature." The Court will accept typed signatures in this format.

  o **PDF format.** The complaint and all other documents must be saved in PDF/A format. (See <u>How to Use the Check PDF Document Utility in CM/ECF</u>.)



United States District Court, S.D.N.Y.

Filing a Complaint Page 3

## The Filing Fees

- **Fees.** The filing fee is currently $350.00, plus a $55 administrative fee. (Please check the fee schedule on the website for any updates.) If you are granted leave to proceed *in forma pauperis*, that is, without payment of the filing fees, the $55 administrative fee does not apply. The total amount is payable to the "Clerk of Court, USDC, SDNY." Personal checks are *not* accepted.

  - **In person:** Certified check, bank check, money order, major credit card, or cash.

  - **By regular mail:** Certified check, bank check, or money order mailed to: Cashiers-Room 120, 500 Pearl Street, New York, NY 10007.

  - **For complaints filed by email:** Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, follow instructions for paying by regular mail, and include the docket number, which you can learn by calling (212) 805-0175. The docket number will also be visible on a form order that will be mailed to you at the address provided on the complaint with payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

- **Inability to pay the filing fee:** If you cannot afford the filing fee, you may ask for permission to proceed without paying the fee by completing an Application to Proceed Without Prepaying Fees or Costs ("IFP Application") and including it with your complaint.

  - **Caption.** The caption of this application should be identical to the caption on the complaint.

  - **Multiple Plaintiffs.** If there is more than one plaintiff in your case, each plaintiff must provide a separate IFP Application.

  - **Incarcerated Plaintiffs.** If you are confined in a jail, prison, or any other correctional facility, you must also complete a Prisoner Authorization and attach it to the IFP Application.

    - ➢ **Note.** If the court grants an incarcerated plaintiff's IFP application, this grant provides only a waiver to prepay the entire filing fee. Under the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(b), prisoners



must ultimately pay the entire fee, but IFP status waives the administrative fee and permits payments in installments. The court collects the installments by debiting the amounts from an incarcerated plaintiff's prison account.

# Frequently Asked Questions: Email Filing System

- **Can I file other documents by email? Yes.** All other documents in your case may be submitted by email even if you originally filed your case by regular mail or in person. For existing cases, the subject line of the email must read, "Pro Se Filing – XX-CV-XXX."

- **How long will it take before my document shows up on the ECF docket?** If your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by regular mail, or overnight delivery service, to the 500 Pearl Street courthouse or the 300 Quarropas courthouse; (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 5:00 PM; or (c) depositing your document after hours in the court's night depository box at:

United States Courthouse
Pro Se Intake Unit
40 Foley Square, Room 120
New York, NY 10007

or

United States Courthouse
Pro Se Intake Unit
300 Quarropas Street
White Plains, NY 10601

- **Can I include any questions or information in my email? No.** You must only include the attached document(s) for filing. The body of the email is not monitored. If you have a question for the court, you must submit the question in writing and file the submission in your case.

- **Will someone respond to my email? No.** This email address cannot respond to inquiries. The Clerk's Office will download the email attachments. This is a NO-



REPLY email address. But you may call (212) 805-0175 to confirm that your documents were received. Please wait at least one week before calling.

- **Can the Clerk's Office assist with scanning? No.** If you are unable to email your documents, you must submit them in person or by regular mail to the Pro Se Intake Units at the appropriate address above.

- **Can I email the assigned judge instead? No.** All submissions filed by email must be emailed to Pro_Se_Filing@nysd.uscourts.gov.

- **Can someone email my documents for me? Yes.** But please include your email address, if available, in the document. You will only receive notifications at the email address listed on the filed documents, and only if you have consented to receive court documents by email.

- **Can I receive court documents by email? Yes.** Complete and email a signed consent to electronic service form.

- **Can I file documents electronically using the PACER system? Yes, if you are granted permission to file your documents electronically.** You may file a motion for permission for electronic case filing, following your participation in the Court's CM/ECF introduction course.


## QUESTIONS

If you have any questions, please contact the Pro Se Intake Unit, 212-805-0175, during business hours, 8:30 a.m.–5:00 p.m., Monday–Friday (except federal holidays). The Pro Se Intake Unit cannot accept collect calls.

*** **These instructions should not be submitted with your complaint** ***